**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

No. 05-1049

─────────

VICTOR HAYES,

Plaintiff - Appellant,

versus

ELAINE CHAO, Secretary, United States
Department of Labor,

Defendant - Appellee.

─────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (CA-03-
3591-RWT)

─────────

Submitted:  March 24, 2005          Decided:  March 31, 2005

─────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Victor Hayes, Appellant Pro Se.  Kristine L. Sendek Smith, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Victor Hayes appeals the district court's order dismissing his employment discrimination complaint for failure to exhaust administrative remedies.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Hayes v. Chao, No. CA-03-3591-RWT (D. Md. filed Sept. 20, 2004 & entered Sept. 21, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED